1    Saul S. Rostamian (SBN: 235292)
     srostamian@winston.com
2    Erin R. Ranahan (SBN: 235286)
     eranahan@winston.com
3    Andrew S. Jick (SBN: 278943)
     ajick@winston.com
4    WINSTON & STRAWN LLP
     333 S. Grand Avenue, 38th Floor
5    Los Angeles, CA 90071-1543
     T: (213) 615-1700
6    F: (213) 615-1750

7    Attorneys for Plaintiff
     CMG WORLDWIDE INC.

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12    CMG WORLDWIDE INC., an Indiana      **Case No.**
     corporation,

13                             **COMPLAINT FOR:**
           Plaintiff,

14                              (1) False Endorsement and Unfair
         vs.                         Competition under 15 U.S.C. § 1125(a)

15                               (2) Violation of Right of Publicity under
     MAXIMUM FAMILY GAMES, LLC d/b/a     Cal. Civ. Code § 3344.1

16    MAXIMUM GAMES, a California limited   (3) Unfair Competition under Cal. Bus. &
     liability company; and DOES 1-10,           Prof. Code § 17200 *et seq.*

17                                  **DEMAND FOR JURY TRIAL**
            Defendants.

18

19

20

21

22

23

24

25

26

27

28

*Winston & Strawn LLP*
*333 South Grand Avenue*
*Los Angeles, CA 90071-1543*

1    Plaintiff CMG Worldwide Inc. ("CMG") brings this action against Defendant Maximum

2   Family Games, LLC d/b/a Maximum Games ("Maximum") and Does 1-10 for violations of the

3   Lanham Act, right of publicity, and for unfair competition, and alleges as follows:

### JURISDICTION AND VENUE

5    1.    This Court has subject matter jurisdiction over the federal claims pursuant to 28

6   U.S.C. §§ 1331, 1338(a) and 15 U.S.C. § 1121, and has subject matter jurisdiction over the state law

7   claims under 28 U.S.C. §§ 1338(b) and 1332 because these claims are joined with substantial and

8   related claims under the federal Lanham Act.

9    2.    This Court has personal jurisdiction over Maximum because, on information and

10   belief, Maximum is registered as a California limited liability company; has its principal place of

11   business in Walnut Creek, California; has a registered agent for service of process in Oakland,

12   California; has substantial, continuous, and systematic contacts with California; and purposefully

13   avails itself of the benefits and protections of California's laws.  CMG's claims against Maximum

14   arise out of and are related to Maximum's contacts with California.

15    3.    Venue in this judicial district is proper under 28 U.S.C. § 1391 because Maximum

16   resides in Walnut Creek, Contra Costa County, California.

### INTRADISTRICT ASSIGNMENT

18    4.    This action is not subject to divisional assignment because it arises under intellectual

19   property laws.

### NATURE OF THE ACTION

21    5.    This action arises from Maximum's willful infringement of CMG's rights to General

22   George S. Patton, Jr. ("General Patton") through its marketing and selling a certain video game using

23   the name, likeness, image, and persona of General Patton without CMG's consent.  Maximum's

24   conduct constitutes false endorsement and unfair competition under 15 U.S.C. § 1125(a), violation

25   of the right of publicity under Cal. Civ. Code § 3344.1, and unfair competition under Cal. Bus. &

26   Prof. Code 17200 *et seq.*

27    6.    Maximum's misuse of General Patton's name, likeness, image, and persona in

28   connection with the marketing and sales of a certain video game is willful, oppressive and malicious,

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

**Winston & Strawn LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543

and is intended to cause confusion about the endorsement or sponsorship of the product.  To halt Maximum's infringing acts and compensate CMG for the ongoing harm that Maximum is intentionally causing, CMG is entitled to injunctive relief and profits, actual and/or statutory damages, treble damages, punitive damages and attorneys' fees in this exceptional case.

## THE PARTIES

7.     Plaintiff CMG is incorporated in Indiana and has its principal place of business in Indianapolis, Indiana, with an office in West Hollywood, California.

8.     Defendant Maximum Family Games, LLC d/b/a Maximum Games is a California limited liability company and, on information and belief, has its principal place of business in Walnut Creek, California.

9.     CMG does not know the true names and capacities of defendants Does 1-10, inclusive, and therefore sues defendants by such fictitious names.  CMG is informed and believes and therefore alleges that each of these fictitiously named defendants is responsible for the occurrences alleged in this Complaint, and that CMG's damages alleged herein were proximately caused by such defendants' actions.  When CMG ascertains the true names and capacities of Does 1-10, it will amend this Complaint accordingly.

## FACTUAL ALLEGATIONS

**A.     CMG's Exclusive Rights in General Patton's Name, Image and Likeness**

10.     CMG is the exclusive, worldwide agent and representative for the family of General Patton (the "Patton Family"), and sole proprietors of certain trademark rights, the rights of association and sponsorship, and the right of publicity in and to the name, image, voice, signature, and likeness of the late General Patton.  CMG licenses General Patton's name, likeness, images, signatures, personae, and other related indicia to third parties.  Under its various agreements with the Patton Family, CMG is charged with the exclusive responsibility and authority with respect to enforcing General Patton's intellectual property rights.

11.     General Patton is one of the most famous military commanders in U.S. history.  He was one of the highest-ranking generals in command of U.S. forces in World War II.  In addition to his military achievements, he was known for his colorful personality, aggressive military strategy,

and ability to motivate troops.  "Patton," a biographical film about General Patton, was released in 1970; the film was incredibly popular and won several Academy Awards (including Best Picture). General Patton remains the subject of attention, publicity, and comment to this day.  For example, "Killing Patton: The Strange Death of World War II's Most Audacious General," co-authored by talk-show host Bill O'Reilly, was published September 23, 2014 and, as of this filing, has been ranked number one or number two on the New York Times Best Sellers List for the Combined Print & E-Book Nonfiction category for seven consecutive weeks.

12.     Based on the media's longstanding and extensive coverage of General Patton, his status as a decorated army general and war hero, and his distinctive personality, General Patton's name, image and likeness have earned worldwide fame and recognition and are well-known by members of the public as identifying him.

13.     CMG's exclusive rights with respect to General Patton's intellectual property rights are extremely valuable due to General Patton's fame and distinctiveness.  CMG's exclusive rights are especially valuable in California, where General Patton is from, where he was domiciled at the time of his death, and where CMG maintains an office and transacts substantial business.

**B.     Maximum's Unauthorized Use Of General Patton's Name, Image And Likeness**

14.     Maximum is a full service publisher and distributor of video games that serves all North and South American territories, as well as select European markets, and delivers premier, cross-generational console and digital titles that span the genre spectrum.

15.     On information and belief, from November 20, 2012 through at least mid-2013, Maximum released various versions of a video game called *HISTORY® Legends of War: Patton* (the "Infringing Video Game") for various systems and markets, including but not limited to versions for PC, Xbox 360, PlayStation 3, and PlayStation Vita.  Below is a screenshot from Maximum's website, MaximumGames.com, showing the product packaging for several versions of the Infringing Video Game[1]:

---

[1] This screenshot was taken on November 18, 2014, from <http://www.maximumgames.com/legendsofwarpatton.com/#!/games-info/>.



16.     Below is a picture of the back cover of the Xbox 360 version of the Infringing Video Game:



Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

CMG'S COMPLAINT; DEMAND FOR JURY TRIAL

17.     The Infringing Video Game features General Patton's name, image and likeness in the following ways, among others:

   a.     The game explicitly features "Patton" in its name;

   b.     The game features General Patton's famous image, likeness, and persona, in the context for which he is most famous – namely, as a military general from World War II;

   c.     The front cover of the game shows an image of a soldier standing between two tanks.  General Patton led the U.S. army's first armored attack, and was an outspoken advocate for the use of tanks and armored vehicles in combat.  Due to extensive media attention, including the well-known film "Patton," the consuming public understands that General Patton is associated with tanks and armored vehicles, and would associate the image of tanks on the front cover of the Infringing Video Game with General Patton.

   d.     The back cover of the game features a quote by General Patton, and explains that the game player can "[a]ssume the role" of General Patton as he or she leads troops into "historical conflicts."  The player's ability to assume General Patton's persona and participate virtually in historical events involving General Patton is evidently intended as a major draw of the game.

   e.      The instructional pamphlet that accompanies the Infringing Video Game explains that the player gains "prestige" and "skill" points as the game progresses, which reinforces that General Patton's prestige and skill as a military commander and war hero, which are well-known by the consuming public at large as well as by the target audience for this game, are a chief selling point of the Infringing Video Game.

18.     Maximum first released the Infringing Video Game on November 20, 2012.  Below is a screenshot from Maximum's website confirming that it released the game on November 20, 2012[2]:

_____

[2] This screenshot was taken on November 18, 2014, from <http://www.maximumgames.com/legendsofwarpatton.com/#!/shop/>.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

5

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1
2
3
4
5
6
7
8
9
10
11
12
13



14    19.     Attached hereto as **Exhibit A** is a copy of the press release issued on November 1,

15  2012 in which Maximum announced the launch date for the Infringing Video Game would be

16  November 20, 2012.  That press release also quotes Len Ciciretto, president of Maximum, as saying,

17  "Patton is possibly the greatest known WWII hero in history."  The press release also states, "[a]t the

18  start of each mission, the historical dates of Patton's battles are displayed on-screen, putting players

19  at the center of the action, and applying a uniquely fact-based framework which completely

20  immerses the player."  Attached hereto as **Exhibit B** is a copy of a website reporting on November

21  10, 2012 that the Infringing Video Game would be arriving on November 20, 2012 on PC.

22    20.     Subsequently, Maximum released additional versions of the Infringing Video Game

23  for consoles.  On November 15, 2012, the website shown in **Exhibit B** reported that the developer

24  had given a February 2013 release for the console versions of the Infringing Video Game.  On

25  January 22, 2013, the website shown in **Exhibit B** further reported that the Infringing Video Game

26  would be released in Europe on March 8, 2013.  The website shown in **Exhibit C** hereto further

27  stated that Maximum released a version of the Infringing Video Game for PlayStation Vita on July

28  7, 2013.

21.     On information and belief, since the various versions of the Infringing Video Game were released beginning November 20, 2012 and continuing through at least mid-2013, they have been sold at major U.S. retailers including, but not limited to, Best Buy, Wal-Mart, Target, GameStop, and Newegg.com.

22.     Maximum continues to promote, advertise, offer for sale and sell the Infringing Video Game on or through its website, MaximumGames.com.  Maximum has used and continues to use General Patton's name, image and likeness in connection with and for the purpose of promoting, advertising, offering for sale and selling the Infringing Video Game.

23.     Maximum's use of General Patton's name, image and likeness in connection with advertising and selling the Infringing Video Game was never authorized by CMG, and was done without CMG's knowledge.

24.     Maximum's use of General Patton's name, image and likeness in connection with advertising and selling the Infringing Video Game was and is intended to deceive consumers and to cause consumer confusion and mistake as to the affiliation, connection, or association of General Patton and/or his assignees with the Infringing Video Game, and as to the origin, sponsorship, or approval of the Infringing Video Game by General Patton and/or his assignees.  Consumers would readily understand that Maximum's use of General Patton's name, image and likeness in connection with the Infringing Video Game is a reference to General Patton.  Indeed, Maximum expects and intends consumers to understand this as part of its marketing efforts.

25.     Despite CMG's efforts to resolve this matter consensually, Maximum continues to unlawfully use General Patton's name, image and likeness in connection with advertising and selling the Infringing Video Game.

26.     Maximum's conduct has caused, and continues to cause, substantial, immeasurable, and irreparable harm to CMG.  In particular, Maximum's conduct has damaged the value to CMG of General Patton's name, image and likeness; has interfered with CMG's ability to license General Patton's name, image and likeness for use in other video games; and has damaged CMG's ability to enforce its rights to General Patton's name, image and likeness against third parties.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

7

**FIRST CAUSE OF ACTION**

**(False Endorsement and Unfair Competition under 15 U.S.C. § 1125(a))**

27.     CMG realleges and incorporates by reference the foregoing paragraphs as though fully set forth here.

28.     Maximum has deliberately and willfully used and continues to use, in commerce, General Patton's name, image and likeness in connection with the Infringing Video Game, a commercial product, without CMG's consent.

29.     Maximum's use of General Patton's name, image and likeness in connection with the Infringing Video Game constitutes a false designation of origin, false or misleading description of fact, and/or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of General Patton and/or his assignees with the Infringing Video Game or with Maximum, or as to the origin, sponsorship, or approval by General Patton and/or his assignees of Maximum's goods, services, or commercial activities, including its advertising and sale of the Infringing Video Game.

30.     As a direct and proximate result of Maximum's acts alleged herein, CMG has been damaged and suffered harm.

31.     CMG's remedy at law is not adequate to compensate it for the injuries inflicted by Maximum.  Accordingly, CMG is entitled to a permanent injunction pursuant to 15 U.S.C. § 1116.

32.     On information and belief, Maximum's acts are willful and malicious, and intended to injure and cause harm to CMG.

33.     By reason of Maximum's acts alleged herein, CMG is entitled to recover Maximum's profits, treble damages and the costs of the action under 15 U.S.C. § 1117.

34.     This is an exceptional case making CMG eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

**SECOND CAUSE OF ACTION**

**(Violation of Right of Publicity under Cal. Civ. Code § 3344.1)**

35.     CMG realleges and incorporates by reference the foregoing paragraphs as though fully set forth here.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

8

36. General Patton is a "deceased personality" within the meaning of Cal. Civ. Code § 3344.1 because his name, image and likeness had commercial value at the time of his death in 1945. At the time of his death, General Patton was domiciled in California.

37. Maximum knowingly and willfully used General Patton's name, image and likeness for purposes of advertising or selling, or soliciting purchases of, the Infringing Video Game.

38. CMG is, and at all relevant times has been, the registered agent in California for General Patton's rights of publicity.

39. Maximum did not obtain CMG's consent, written or otherwise, to use General Patton's name, image or likeness in any manner.

40. As a direct and proximate result of Maximum's acts, including acts in California, CMG has been damaged and suffered harm, including injury to the value of its exclusive rights to General Patton's name, image and likeness.

41. The above-described acts of Maximum violate CMG's right of publicity under Cal. Civ. Code § 3344.1, entitling CMG to relief.

42. By reason of Maximum's acts alleged herein, CMG is entitled to recover Maximum's profits and its actual damages under Cal. Civ. Code § 3344.1, and/or statutory damages. CMG is also entitled to punitive damages, injunctive relief, attorneys' fees and costs.

### THIRD CAUSE OF ACTION

### (Unfair Competition under Cal. Bus. & Prof. Code § 17200 *et seq.*)

43. CMG realleges and incorporates by reference the foregoing paragraphs as though fully set forth here.

44. Maximum has commercially exploited General Patton's name, image and likeness without CMG's consent. Maximum's conduct, as alleged above, constitutes unlawful or unfair business acts or practices under Cal. Bus. & Prof. Code § 17200 *et seq.* Maximum's conduct has caused, and, if not enjoined, will continue to cause substantial and irreparable damage to the rights of CMG in General Patton's name, image and likeness. CMG is entitled to relief under Cal. Bus. & Prof. Code § 17203, including enjoining Maximum from engaging in the conduct described above.

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

CMG'S COMPLAINT; DEMAND FOR JURY TRIAL

1    As a consequence of Maximum's violations, CMG has suffered damages in an amount to be

2    established at trial.

3    **PRAYER FOR RELIEF**

4        WHEREFORE, CMG asks for a judgment as follows:

5        1.      Permanently enjoining and restraining Maximum and its agents, servants, employees

6    and attorneys, and those persons in active concert or participation with Maximum during the

7    pendency of this action, and thereafter perpetually, from:

8            a.      using General Patton's name, image or likeness, or any word, symbol, phrase,

9    term, photograph, or image confusingly similar thereto, alone or prominently displayed in

10   promotional material, advertisements, web pages, signs, or in any other way in connection with the

11   advertising, distribution, offering for sale or sale of products or services not authorized by CMG,

12   including in connection with the Infringing Video Game;

13           b.      infringing General Patton's name, image or likeness in any manner;

14           c.      committing any acts of false designation of origin relating to the unauthorized

15   use of General Patton's name, image or likeness;  and

16           d.      unfairly competing with CMG in any manner whatsoever or misappropriating

17   General Patton or CMG's reputation and goodwill;

18       2.      Awarding CMG all damages it has sustained as a consequence of Maximum's acts

19   complained of herein for violation of right of publicity, unfair competition, infringement, willful

20   infringement, false endorsement as well as treble damages, punitive damages, and statutory damages

21   where permitted;

22       3.      That Maximum be ordered to account to CMG for, and disgorge, all profits it has

23   derived by reason of the unlawful acts complained of herein;

24       4.      That Maximum be ordered to pay CMG's reasonable attorneys' fees, prejudgment

25   interest, and costs of this action under 15 U.S.C. § 1117, Cal. Civ. Code § 3344.1, and/or Cal. Civ.

26   Proc. Code § 1021.5;

27

28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

CMG'S COMPLAINT; DEMAND FOR JURY TRIAL

5. That Maximum be directed to undertake corrective advertising to remedy the confusion, mistake and deception caused by its unauthorized use of General Patton's name, image and likeness;

6. That Maximum be directed under 15 U.S.C. §1116 to file with the Court and serve upon CMG within thirty (30) days after the issuance of any injunction a report in writing and under oath setting forth in detail the manner and form in which Maximum has complied with the injunction; and

7. That CMG be awarded such other and further relief as the Court may deem just and the circumstances warrant.

Dated: November 19, 2014                     Respectfully submitted,

                                             WINSTON & STRAWN LLP


                                             By: _/s/ Erin R. Ranahan_____
                                                 Saul S. Rostamian
                                                 Erin R. Ranahan
                                                 Andrew S. Jick

                                             Attorneys for Plaintiff
                                             CMG WORLDWIDE INC.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

11

1

## <u>DEMAND FOR JURY TRIAL</u>

2         Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, CMG demands a trial by jury

3   of all issues that may be tried to a jury in this action.

4

5   Dated:  November 19, 2014                    Respectfully submitted,

6                                                WINSTON & STRAWN LLP

7                                                By:   */s/  Erin R. Ranahan*

8                                                      Saul S. Rostamian
                                                      Erin R. Ranahan
9                                                      Andrew S. Jick

10                                               Attorneys for Plaintiff
                                                 CMG WORLDWIDE INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

CMG'S COMPLAINT; DEMAND FOR JURY TRIAL

**EXHIBIT A**



**Our Properties:** **Gamasutra** GameCareerGuide IndieGames GDC Vault GDC IGF App Dev Stories ADC GAO

SEARCH

LOGIN        GAME JOBS

UPDATES BLOGS EVENTS CONTRACTORS NEWSLETTER STORE        SEARCH        GO

ALL   CONSOLE/PC GAMES   SOCIAL/ONLINE GAMES   SMARTPHONE/TABLET GAMES   INDEPENDENT GAMES        GAME DEVELOPER ON GAMASUTRA

**Member Login**

Email:

Password:

Login

Forgot Password? Sign Up

PROGRAMMING

ART

AUDIO

DESIGN

PRODUCTION

BIZ/MARKETING

## Press Releases

### Maximum Games Announces Launch Date for HISTORY® Legends of War: Patton

Tweet      f Share      g+1      [RSS]

**11/01/2012**

*[This unedited press release is made available courtesy of Gamasutra and its partnership with notable game PR-related resource GamesPress.]*

**WALNUT CREEK, Calif. – (October 31, 2012)**–Maximum Games (MG) and Slitherine Ltd. have announced the upcoming launch of *HISTORY® Legends of War: Patton*, an explosive new turn-based strategy game slated to hit shelves next month.

Scheduled to release November 20, 2012, *HISTORY® Legends of War: Patton* allows players to assume the role of General George S. Patton during his legendary WWII campaign. Beginning in August 1944, the game follows Patton's Third US Army starting in and moving from the west of France to the heart of Germany. Players will lead their troops into historical conflicts as they battle their way from the blood soaked beaches of Normandy to the war torn streets of Berlin.

"Patton is possibly the greatest known WWII hero in history," said Len Ciciretto, president of MG. "And this game is by far the best portrayal of war in the world of console turn-based strategy."

Developed by Slitherine and Enigma Software Productions, *HISTORY® Legends of War: Patton* offers a unique combination of console strategy gaming, turn-based tactics, and RPG elements as players cross the Western European Theatre in an epic campaign to end the war. The game features a single player Campaign as well as individual missions, and a local multiplayer Hot Seat mode. Players will be challenged across 21 different missions over 4 unique operations, and command special units including snipers, commandos, fighters, bombers, and more.

Mission types include Attack, Defense, Infiltration, and Sabotage. Additionally, throughout the campaign, players earn and apply prestige points to enhance their army and techniques. Prestige is awarded based on players' proficiency in completing missions.

"One of the most brilliant aspects of this game is the manner in which your army evolves," said Ciciretto."Just as real combat soldiers learn and improve, the game demands and allows the same of its players."

At the start of each mission, the historical dates of Patton's battles are displayed on-screen, putting players at the center of the action, and applying a uniquely fact-based framework which completely immerses the player.

*HISTORY® Legends of War: Patton* is available next month on Xbox 360, PlayStation 3, and PC platforms, and is rated T by the ESRB. For more information, please visit www.maximumgames.com.

###

#### About Maximum Games

Headquartered in the San Francisco Bay Area, Maximum Games publishes premier interactive video games for all leading platforms. For more information on Maximum Games, visit the company's website at www.maximumgames.com.

#### About the Slitherine Group

The Slitherine Group is the world's leading producer and publisher of digital wargames and strategy games. Under the Slitherine (www.slitherine.com) and Matrix Games (www.matrixgames.com) Brands it has published literally hundreds of games, with many award-winning titles in its portfolio and spanning all digital platforms, from home consoles to modern Smartphone's and Tablets. Slitherine is also involved with book publishing, board gaming and works with a wide array of key licensing partners, such as HISTORY®, MILITARY HISTORY®, Horrible Histories™, Showtime, BBC, Osprey, Scholastic, Buzz Aldrin Enterprises and many others to deliver the best blend of historical accuracy in an exciting and entertaining way. Together the Group companies form the world's largest organization specializing in this important and vibrant niche. The Slitherine Group's mission over the coming years is to lead the way in innovation and growth in an ever expanding segment of the entertainment industry.

**Latest Jobs**

View All  RSS

November 18, 2014

Nix Hydra
Game Designer

Nix Hydra
Programmer

Harmonix Music Systems
Software Engineer - Animation

Trion Worlds
Senior Gameplay Engineer

Trion Worlds
Senior Graphics Engineer

Trion Worlds
Senior Network Game Engineer

**Latest Blogs**

View All  Post  RSS

November 18, 2014

Game Analytics 101 Part 5: Data models and predictive analytics

The VR Frontier

3 Minute Game Design series

Randomness, Serendipity and Gamification

Right of Publicity in Video Games - How You Can Legally Include a

Gamasutra - Press Releases - Maximum Games Announces Launch Date for HISTORY®...   Page 2 of 3



Celebrity in Your Game
[3]

**Features**

View All    RSS

November 18, 2014

> Rebooting the world's
first MMORPG: A *Habitat*
story [2]

> Stalled engine: The
TurboGrafx-16 turns 25
[25]

> Selling a game before
it's 'done': Tips and
insight for paid alphas
[10]

**Press Releases**

November 18, 2014

PR Newswire

NC SOFT Announces
"LINEAGE ETERNAL"
cloud gaming v...

Little Orbit's Adventure
Time: The Secret of the
N...

LeapFrog's Hottest New
Innovations, LeapTV™,
Lea...

View All

Games Press

> Authorities Call on
Community to Help
Investigate...

> LeKool Games Launches
King of Towers and
Warlord...

> First 4 Figures Presents:
SEGA All Stars, Beat...

> Don't Fear the Gutter --
Rollers of the Realm...

> THE EPIC BATTLE FOR
Faerûn BEGINS TODAY
WITH...

View All    RSS

**Calendar**

View All    Submit Event

**About**

> Editor-In-Chief:
Kris Graft

> Blog Director:
Christian Nutt

> Senior Contributing
Editor:
Brandon Sheffield

> News Editors:
Mike Rose, Alex Wawro

> Editor-At-Large:
Leigh Alexander

> Advertising/
Recruitment:
Jennifer Sulik

Maximum Games                                        Press Contact: Joscelyn
                                                     Willett

For Immediate Release                                Phone: (925) 297-
6468
Email:  press@maximumgames.com

Categories:                                          [View All]

Gamasutra - Press Releases - Maximum Games Announces Launch Date for HISTORY®...    Page 3 of 3



> **Recruitment/**
> **Education:**
> Pocco Jimenez

Contact Gamasutra

Report a Problem

Submit News

Comment Guidelines

Blogging Guidelines

How We Work

**Advertise with Gamasutra**

**Gama Network**

If you enjoy reading this site, you might also want to check out these UBM Tech sites:

**Game Career Guide**

**Indie Games**

FEATURED UBM TECH SITES: Game Developers Conference | Gamasutra | App Dev Stories | Game Career Guide

OUR MARKETS: Business Technology | Channel | Electronics | Game & App Development

**Working With Us:** Game Network Advertising | Event Calendar | Contact Us

Terms of Service | Privacy Statement | Copyright © 2014 UBM Tech, All rights reserved

# EXHIBIT B





(/)

NEWS (/NEWS) REVIEWS (/REVIEWS) MODS (/MODS) VIDEOS (/VIDEOS) CHARTS (/BEST-PC-GA

Log in (/users/sign_in?window_type=modal) / Sign up (/users/sign_up?window_type=modal)

(/games/legends-of-war-patton)

# LEGENDS OF WAR: PATTON

EU Release date: 8 Mar, 2013 US Release date: 5 Mar, 2013

WAR- WAR- PATTON/DOWNLOADS) PATTON/SCREENS)

FEATURED NEWS

(http://www.gamewatcher.com/news/2014-19-11-avalanche-studios-reveals-just-cause-3-coming-to-pc-in-2015)

Avalanche Studios reveals Just Cause 3, coming to PC in 2015.

## LEGENDS OF WAR: PATTON SUMMARY

## LATEST NEWS

### PQube announces Legends of War: Patton getting 8th March Euro release (/news/2013-22-01-pqube-announces-legends-of-war-patton-getting-8th-march-euro-release)

22 January 2013 | 0 comments | By JonahFalcon 0

(/news/2013-22-01-pqube-announces-legends-of-war-patton-getting-8th-march-euro-release)

Publisher PQube has announced that their turn-based History Channel-licensed strategy game, *Legends Of War: Patton,* will be released on the 8th March in Europe for PC, Xbox 360 and PlayStation 3.

### PlayStation Network content for this week includes Doom Classic Collection (/news/2012-20-11-playstation-network-content-for-this-week-includes-doom-classic-collection)

20 November 2012 | 0 comments | By JonahFalcon 0

ADVERTISEMENTS

## GAME INFO

(/games/legends-of-war-patton)

**Legends of War: Patton (/games/legends-of-war-patton)**

**Genre:** Strategy (/strategy)

**Tags:** World War II (/tag/world-war-ii), Turns (/tag/turns), Minor Economy (/tag/minor-economy), Realistic (/tag/realistic), Militaristic (/tag/militaristic)

**Publisher: Maximum Family Games (/companies/maximum-family-games)**

**Developer: Slitherine Software (/companies/slitherine-software)**

## YOUR SCORE

Played Legends of War: Patton?
Leave a rating and/or a review

Your rating:n/a

ADD REVIEW

### Console versions of Legends of War: Patton get February 2013 release date (/news/2012-15-11-console-versions-of-legends-of-war-patton-get-february-2013-release-date)

15 November 2012 |   0 comments |  By JonahFalcon                    0



(/news/2012-15-11-console-versions-of-legends-of-war-patton-get-february-2013-release-date)
Slitherine announced their History Channel backed turn-based strategy game *Legends of War: Patton* for PC, Xbox 360 and PlayStation 3. While a 20th November release date for the PC version was **revealed (http://www.strategyinformer.com/news/20731/legends-of-war-patton-arriving-on-the-20th-november)** at the time, the developer has now given a February 2013 release for the console versions.

### Legends of War: Patton arriving on the 20th November on PC (/news/2012-10-11-legends-of-war-patton-arriving-on-the-20th-november-on-pc)

10 November 2012 |   0 comments |  By JonahFalcon                    0



(/news/2012-10-11-legends-of-war-patton-arriving-on-the-20th-november-on-pc)
Maximum Games has announced that *Legends of War: Patton*, a History Channel licensed turn-based strategy game developed by Slitherine, will be released on PC on the 20th November.

---

**LATEST MEDIA**

**12 Screenshots**

---

### RELATED GAMES



(/games/gary-grigsbys-world-at-war-a-world-divided)

**Gary Grigsby's World at War: A World Divided (/games/gary-grigsbys-world-at-war-a-world-divided)**



(/games/panzer-corps)

**Panzer Corps (/games/panzer-corps)**



(/games/battlefront)

**Battlefront (/games/battlefront)**

Page 3 of 3


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/2/c9/143142/25242669.jpg)


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/6/80/143156/25242670.jpg)


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/8/fd/143168/25242671.jpg)


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/9/6a/143179/25242672.jpg)


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/3/fa/143193/25242673.jpg)


(http://d1vnh8mbrp67em.cloudfront.net/screenshot/image/6/48/143206/25242674.jpg)

**SHOW MORE**
(/games/legends-of-war-patton/latest_screens?page=2)

---

**GAMES**

Assassin's Creed: Un...
Dragon Age: Inquisiti...
Far Cry 4 (/games/fa...

**REVIEWS**

Valkyria Chronicles (/...
NS2: Combat (/game...
Chariot (/games/cha...

**VIDEOS**

Borderlands: The Pre...
The Crew (/videos/th...
Dungeons 2 (/videos...

**MODS**

Warcraft III: The Froz...
Call of Duty: World at...
Mafia 2 (/games/maf...


(http://www.gamewatcher.com/...n5Dll1G1SNh9oMQ)

PRIVACY (/PAGES/PRIVACY)   STAFF (/STAFF)   CONTACT US (/CONTACT_US)   ADVERTISING (/PAGES/ADVERTISING)

# EXHIBIT C

**Welcome.** History -- Legends of War: Patton - PlayStation Vita - IGN 
x
×

us

[IGN First](#)

[Evolve: Armory Map Reveal](#)



[Far Cry 4 Review](#)
[Pokémon Alpha Sapphire and Omega Ruby Review](#)
[The Flash: "The Flash Is Born" Review](#)
[Agents of SHIELD: "The Things We Bury" Review](#)
Browse

- [Xbox One](#)
- [Xbox 360](#)
- [PS4](#)
- [PS3](#)
- [Vita](#)
- [Wii U](#)
- [3DS](#)
- [PC](#)
- [Mobile](#)

- [Movies](#)
- [TV](#)
- [Tech](#)
- [Comics](#)

- [Reviews](#)
- [Upcoming](#)
- [Videos](#)
- [Wikis + Cheats](#)

- Podcasts
- Boards
- Blogs

TrailersReviewsPS4Xbox OnePCWii UMoviesTV
Sign in

- Register
- Prime



# History -- Legends of War: Patton

|
VitaPCXbox 360PS3
|
Release Date: **July 7, 2013**

Like  4

- Game Highlights
- Create Wiki
- Videos
- Walkthroughs
- Cheats
- All Articles

## About This Game

- Summary
- Specifications
- Features
- Game Editions

In this epic turn-based strategy game you will follow the paths of General Patton during WWII, leading your troops to battle while traversing Western Europe's devastated land. Gain prestige points and use them to enhance your army, acquiring advanced weapons and gear. Play through four different types of missions: Attack, Defense, Infiltration, and Sabotage. From the French beaches to Belgium, you will have to prove your worth as a member of Patton's Third Army, and fight for victory!

**Release Date**: July 7, 2013
**MSRP**: 29.99 USD
T for Teen: Violence
**Genre**: Strategy
**Publisher**: Maximum Family Games
**Developer**: Enigma

- **Supported Functions**
- Number Of Players: 1-2

- Local - VS # of Players

- Use prestige points to improve and enhance your army
- 4 different types of missions: Attack, Defense, Infiltration, and Sabotage
- Multiplayer "Hot Seat" mode allows 2 players to take turns fighting each other
- Utilize historically accurate bombers, tanks, and weapons

- US



History -- Legends of War: Patton
**Publisher:** Maximum Family Games
**Release Date:** July 7, 2013
**MSRP:** 29.99 USD

- AU



History -- Legends of War: Patton
**Publisher:** Maximum Family Games
**Release Date:** TBA 2013
**MSRP:** 39.99 USD

- UK



History -- Legends of War: Patton
**Publisher:** Maximum Family Games
**Release Date:** TBA 2013
**MSRP:** 39.99 USD

0 Edits
Start a History -- Legends of War: Patton Wiki »

Be first.

Help us solve the toughest (or most puzzling) game puzzles and challenges.

What the heck is a wiki?

Our attempt to answer issues which most commonly occur on IGN's wikis.

## Games You May Like

- Strategy
- PlayStation Vita


**Dungeon Defenders**
Developed by Trendy Entertainment, Dungeon Defenders throws action-RPG and tower defense gameplay into the proverbial blender to create a…


**Disgaea 3: Absence of Detention**
Disgaea 3 is a sequel to Disgaea, a hardcore, turn-based strategy RPG.


**Plants vs. Zombies**
You'll need to think fast and plant faster to fend off this mob of helmet-clad, pole-vaulting zombies. So grab your gardening gloves, because…


**Borderlands 2**
Borderlands 2 is the epic sequel to the ultimate four-player role-playing shooter loot fest. Combining invention and evolution, Borderlands 2…



**Tearaway**

A PlayStation Vita creation from acclaimed studio Media Molecule, the wondrous adventure Tearaway invites you to journey through a vibrant…



**Ys: Memories of Celceta**

The RPG masters at Falcom bring their beloved action-RPG franchise Ys to PlayStation Vita.



IGN Rating

-.-

--------

Community

-.-

--------

Me

-.-

--------

Slide to Rate

Rating Guide »

## Latest Videos


Trailer #2


Teaser Trailer



- IGN.com:
  - Editorial Staff
  - Review Guide
  - Send Us News
  - Sign Up for Email Updates
  - Site Map

- International:
  - IGN World Map
  - Africa
  - Asia Pacific
  - Australia
  - Benelux
  - Canada
  - Denmark
  - Finland
  - Germany
  - Greece
  - India
  - Ireland
  - Italy
  - Latin America
  - Middle East
  - Norway
  - Portugal
  - Russia
  - Spain
  - Sweden

- Turkey
- United Kingdom
- United States

Get the IGN Games Newsletter - Over 2 Million Served! Enter email address  [Count Me In]

**IGN** Entertainment

- IGN
- AskMen
- GameSpy
- 1Up
- IPL

Copyright 1996-2014, IGN Entertainment, Inc.  An IGN Entertainment Games site

- About Us
- Advertise
- Contact Us
- Press
- Careers
- RSS Feeds

- Support
- Privacy Policy
- User Agreement
- ▷ AdChoices

.