✎ AO 120 (Rev. 2/99)

| TO:     **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court  <u>Northern District of California</u>  on the following   ☐ Patents or   X Trademarks:

| DOCKET NO.<br>C-14-5124-JST | DATE FILED<br>11/19/2014 | U.S. DISTRICT COURT<br>USDC, Clerk's Office, 450 Golden Gate Ave., 16th Floor, S.F., CA 94102 | |
|---|---|---|---|
| PLAINTIFF<br>CMG WORLDWIDE INC., an Indiana<br>  corporation | | DEFENDANT<br>MAXIMUM FAMILY GAMES, LLC, d/b/a<br>Maximum Games, a California limited liability company | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | *"Pls. See Attached Copy of Complaint"* |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☒ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | "Pls. See Attached Copy of First Amended | | |
| 4 | | Complaint Filed 12/12/2014" | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>    Richard W. Wieking | (BY) DEPUTY CLERK<br>    Thelma Nudo | DATE<br>  November 20, 2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner**    **Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner**    **Copy 4—Case file copy**