UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CMG WORLDWIDE INC.,

    Plaintiff,

v.

MAXIMUM FAMILY GAMES, LLC, et al.,

    Defendants.

Case No. 14-cv-05124-JST

**ORDER**

Re: ECF No. 17

The Court has received the parties' stipulation to extend time for Defendant Maximum Family Games, LLC ("Maximum") to respond to the First Amended Complaint and to continue the Case Management Conference and related deadlines. ECF No. 17. The stipulation to extend the time within which to answer or otherwise respond to the complaint is permissible without court order pursuant to Local Rule 6-1(a). The time for Maximum to respond to the First Amended Complaint is therefore extended to February 17, 2015. The request to continue the dates in the Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 5, however, is DENIED.

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
JON S. TIGAR
United States District Judge