UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CMG WORLDWIDE INC., an Indiana corporation,

           Plaintiff(s),

v.

MAXIMUM FAMILY GAMES, LLC d/b/a MAXIMUM GAMES, a California limited liability company; SLITHERINE LIMITED; and DOES 2-10,

           Defendants.
_____/

**CASE NO. 3:14-cv-05124-JST**

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Mediation (ADR L.R. 6)**

The parties agree to hold the ADR session within 120 days from the date of the order referring the case to an ADR process. *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

Dated:  2/4/2015

Dated:  2/4/2015

WINSTON & STRAWN LLP

/s/ Erin R. Ranahan
Attorney for Plaintiff CMG WORLDWIDE INC.

DONAHUE FITZGERALD LLP

/s/ Andrew S. MacKay
Attorney for Defendant MAXIMUM FAMILY GAMES, LLC d/b/a MAXIMUM GAMES

    Attestation Regarding Signature: This document is being filed electronically under my ECF User ID and Password.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories to this document.

/s/ Erin R. Ranahan
Erin R. Ranahan

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    XX    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.



Dated: February 6, 2015

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11