ANDREW S. MACKAY, #197074
amackay@donahue.com
JASON M. FLOM, #287904
jflom@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
Telephone:     (510) 451-3300
Facsimile:      (510) 451-1527

Attorneys for Defendant
MAXIMUM FAMILY GAMES, LLC d/b/a
MAXIMUM GAMES

SAUL S. ROSTAMIAN (SBN: 235292)
srostamian@winston.com
ERIN R. RANAHAN (SBN: 235286)
eranahan@winston.com
ANDREW S. JICK (SBN: 278943)
ajick@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750

Attorneys for Plaintiff
CMG WORLDWIDE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMG WORLDWIDE INC., an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUM FAMILY GAMES, LLC d/b/a MAXIMUM FAMES, a California limited liability company; SLITHERINE LIMITED; and DOES 2-10,<br><br>Defendants. | Case No.  3:14-cv-05124-JST<br><br>**STIPULATION FOR DISMISSAL AS TO ALL CLAIMS AGAINST DEFENDANT MAXIMUM FAMILY GAMES, LLC**<br><br>[FRCP 41] |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff CMG WORLDWIDE INC.
2   ("Plaintiff") and defendant MAXIMUM FAMILY GAMES, LLC d/b/a MAXIMUM GAMES
3   ("Maximum"), by and through their undersigned counsel, hereby stipulate to dismiss Plaintiff's
4   claims for relief against Maximum with prejudice according to the following terms:

5   (a)   Plaintiff and Maximum have entered into a settlement agreement resolving
6   Plaintiff's claims against Maximum in this matter.

7   (b)   This dismissal shall have no impact on and is not intended to dismiss defendant
8   Slitherine Limited ("Slitherine") from this action.

9   (c)   Maximum's special motion to strike Plaintiff's state law causes of action pursuant
10  to California Code of Civil Procedure section 425.16 and its motion to dismiss pursuant to Fed.
11  R. Civ. P. 12(b)(6), currently set to be heard on March 26, 2015, are moot.

12  (d)   Plaintiff and Maximum respectfully request that this Court enter an Order
13  approving this Stipulation of Dismissal.

14  (e)   Plaintiff and Maximum agree that this Court shall retain jurisdiction over this
15  action and over Plaintiff and Maximum to the extent necessary to enforce the terms of their
16  settlement agreement.

17  IT IS SO STIPULATED.

Dated: March 3, 2015                                DONAHUE FITZGERALD LLP

                                                    By: /s/ Andrew S. MacKay
                                                        Andrew S. MacKay
                                                        Attorneys for Defendant
                                                        MAXIMUM FAMILY GAMES, LLC
                                                        d/b/a MAXIMUM GAMES

Dated: March 3, 2015                                WINSTON & STRAWN LLP

                                                    By: /s/ Erin Ranahan
                                                        Erin Ranahan
                                                        Attorneys for Plaintiff
                                                        CMG WORLDWIDE INC.

1  Attestation Regarding Signature: This document is being filed electronically under my
2  ECF User ID and Password.  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in
3  this filing of this document has been obtained from the signatories to this document.

/s/ Erin R. Ranahan
Erin R. Ranahan

- 3 -

# [~~PROPOSED~~] ORDER

Having duly considered the above Stipulation of Dismissal of Plaintiff and Maximum, and the proceedings in this Action, the Court orders that the above Stipulation shall be entered. Accordingly, pursuant Federal Rule of Civil Procedure 41(a)(2), the Court hereby dismisses Plaintiff's claims against Maximum in this action with prejudice.  The Court further orders that Maximum's special motion to strike Plaintiff's state law causes of action pursuant to California Code of Civil Procedure section 425.16 and its motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), currently set to be heard on March 26, 2015, are denied as moot.  The Court further orders that this Court shall retain jurisdiction over this action and over Plaintiff and Maximum to the extent necessary to enforce the terms of their settlement agreement.

This Order shall have no impact on the proceedings involving defendant Slitherine Limited.

SO ORDERED.

Dated:   March 5, 2015

